# APPENDIX.

## MEMORANDUM DECISIONS.

### JOHN T. STEWART v. J. H. ALLEN.
#### No. 14,284.    (82 Pac. 483.)

Error from Sumner district court; CARROLL L. SWARTS, judge. Opinion filed October 7, 1905. Modified.

*Kos Harris,* and *Ed. T. Hackney,* for plaintiff in error.
*W. W. Schwinn,* for defendant in error.

*Per Curiam:* This cause is remanded to the district court with direction to modify its judgment in accordance with the views expressed in the opinion in the case of *Stewart v. Smith, ante,* p. 77. The fact that in the year 1896 the defendant made a dishonest proposition to the plaintiff concerning the management of the bank did not disprove the testimony of the plaintiff that he was defrauded by the defendant in the sale of his stock in the year 1901. There is evidence in the record of the effective intervention of Bowdish as the defendant's agent in procuring the sale complained of, when all the parties were together. Other matters discussed in the briefs are insufficient to require a reversal.

### C. F. PETTYJOHN v. O. J. SCOTT.
#### No. 14,461.    (83 Pac. 1044.)

Original proceeding in *quo warranto.* Opinion filed November 11, 1905. Judgment for plaintiff.

*S. T. Seaton, L. G. Ferrel, E. C. Owen,* and *Ogg & Scott,* for plaintiff.
*C. H. Potts, J. P. Hindman, I. O. Pickering, C. B. Little, J. W. Parker, J. T. Little, C. W. Gorsuch, A. Smith Devenney,* and *C. L. Randall,* for defendant.

*Per Curiam:* This case is in all respects similar to *Ogg v. Glover, ante,* p. 247, except that the office involved is that of city treasurer. Applying the principles announced in that case to the count of ballots in this gives the plaintiff 587 votes and the defendant 559. Judgment is therefore rendered for the plaintiff.